**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Boston Hospitality Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  Beanery Equipment Group, LLC <br> FDBA  Huntington Boston Beanery, LLC <br> DBA  Beanery Investment Group, Inc. dba Beanery American Grill <br> FDBA  Blacksburg Beanery, LLC <br> FDBA  Boston Beanery Restaurants, Inc. <br> DBA  Boston Restaurants - PA, Inc. dba Beanery American Grill <br> DBA  Forte Restaurants, Inc. dba Boston Beanery Restaurant & Tavern <br> FDBA  Tygart Lake Beanery, LLC <br> FDBA  Beanery at the Pines, LLC <br> FDBA  Beckley Boston Beanery, LLC <br> DBA  Beanery 119, LLC, dba Beanery American Grill <br> DBA  The Catering Company, LLC <br> DBA  St. Lawrence Holdings, LLC dba Apple Annie's <br> FDBA  Pro Buyers, LLC <br> DBA  Boston Beanery <br> FDBA  Boston Restaurant Corporation |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0728749** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **63 Don Knotts Boulevard, Suite 2** <br> **Morgantown, WV 26508** <br> Number, Street, City, State & ZIP Code <br><br> **Monongalia** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor  **Boston Hospitality Group, Inc**  Case number (*if known*)
           Name
No. 1:17-bk-00710    Doc 1    Filed 07/01/17    Entered 07/01/17 11:10:01    Page 2 of 12

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**                                  Relationship
District                          When                      Case number, if known

Debtor  **Boston Hospitality Group, Inc**_____    Case number *(if known)*_____
        Name
No. 1:17-bk-00710   Doc 1   Filed 07/01/17   Entered 07/01/17 11:10:01   Page 3 of 12

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>                            Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name      _____<br>          Phone              _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99          ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000    ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000                    ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000               ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000              ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million       ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000                    ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000               ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000              ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million       ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 30, 2017**
MM / DD / YYYY

X **/s/ Patrick J. Padula**        **Patrick J. Padula**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Todd B. Johnson**        Date **June 30, 2017**
Signature of attorney for debtor        MM / DD / YYYY

**Todd B. Johnson**
Printed name

**Johnson Law, PLLC**
Firm name

**PO Box 519**
**Morgantown, WV 26507-0519**
Number, Street, City, State & ZIP Code

Contact phone **(304) 292-7933**    Email address

**9261**
Bar number and State

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Beanery 119, LLC** | | Relationship to you | | **Subsidiary Company** |
| District | **Northern District of West Virginia** | When **7/01/17** | Case number, if known | | |
| Debtor | **Beanery Investment Group, Inc.** | | Relationship to you | | **Subsidiary Company** |
| District | **Northern District of West Virginia** | When **7/01/17** | Case number, if known | | |
| Debtor | **Boston Restaurants PA, Inc.** | | Relationship to you | | **Subsidiary Company** |
| District | **Northern District of West Virginia** | When **7/01/17** | Case number, if known | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Boston Hospitality Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.** | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP** P.O. Box 842875 Boston, MA 02284 | | **Services** | | | | $3,552.11 |
| **Advanced Heating and Cooling** 689 Fairchance Road Morgantown, WV 26508 | (304) 598-9030 | **Business debt.** | | | | $14,939.97 |
| **AT&T** P.O. Box 6463 Carol Stream, IL 60197 | | **Utility.** | | | | $403.49 |
| **Exchange Underwriters** 301 Woods Park Dive Clinton, NY 13323 | | **Prior insurance premium.** | **Contingent Disputed** | | | $566.50 |
| **Hartford** P.O. Box 660916 Dallas, TX 75266 | | **Workers Compensation.** | | | | $520.40 |
| **Highmark** 614 Market St P.O. Box 1948 Parkersburg, WV 26101 | | **Heath insurance.** | | | | $12,472.46 |
| **Liberty Mutual** P.O. Box 2051 Keene, NH 03431 | | **Liability insurance.** | | | | $1,153.76 |
| **Liturgical Publications** 4560 East 71st St. Cuyahoga Heights, OH 44105 | (800) 477-4574 | **Business debt.** | | | | $1,507.00 |
| **MetLife** P.O. Box 804466 Kansas City, MO 64180 | | **Life insurance.** | | | | $791.05 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Boston Hospitality Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New South Media, Inc. dba WV Living** 709 Beechurt Avenue, Suite 14A Morgantown, WV 26505 | (304) 291-5800 | **Civil action pending in the Monongalia County Magistrate Court, styled New South Media, Inc. d/d/a WV Living v. Boston Hospitality Group, Inc., Case N** | | | | $3,950.00 |
| **Northwest Mutual** P.O. Box 2754 Portland, OR 97208 | (800) 378-4573 | **Business debt.** | | | | $505.24 |
| **Principal Financial Group** P.O. Box 10372 Des Moines, IA 50306 | | **Business debt.** | | | | $1,379.82 |
| **Reinhart Foodservice, LLC** 226 East View Drive Mount Pleasant, PA 15666 | (608) 793-9462 | **Business debt. Civil action pending in the Court of Common Pleas of Westmoreland County, Pennsylvania, styled Reinhart Foodservice, LLC v. Boston Hosp** | **Contingent Unliquidated Disputed** | | | $6,589.03 |
| **Service Plus, Inc.** P.O. Box 893 Morgantown, WV 26507 | John Witt, CPA (304) 296-2522 | **Accounting fees.** | | | | $2,509.28 |
| **Sheriff of Monongalia County** 243 High Street, Rm 26 Tax Office Morgantown, WV 26505 | (304) 291-7244 | **2016 personal property tax.** | | | | $715.94 |
| **United Bank, Inc.** 990 Elmer Prince Drive Morgantown, WV 26505 | | **Overdrawn bank account.** | | | | $4,270.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Boston Hospitality Group, Inc.
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Todd B. Johnson
Johnson Law, PLLC
PO Box 519
Morgantown, WV 26507-0519


ADP
P.O. Box 842875
Boston, MA 02284


Advanced Heating and Cooling
689 Fairchance Road
Morgantown, WV 26508


AT&T
P.O. Box 6463
Carol Stream, IL 60197


Beanery Investment Group, Inc.
383 Patteson Drive
Morgantown, WV 26505


Beanery Investment Group, Inc.
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Boston Beanery Restaurants, Inc.
383 Patteson Drive
Morgantown, WV 26505


Boston Restaurants PA, Inc.
1165 Mall Run Road
Uniontown, PA 15401


Boston Restaurants PA, Inc.
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Brewer & Giggenbach, PLLC
P.O. Box 4206
Morgantown, WV 26504

Exchange Underwriters
301 Woods Park Dive
Clinton, NY 13323


Forte Restaurants, Inc.
321 High Street
Morgantown, WV 26505


Forte Restaurants, Inc.
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Frank G. Salpietro, Esq.
Ryan P. Stewart, Esq.
Rothman Gordon, P.C.
310 Grant Street - Third Floor
Pittsburgh, PA 15219


Gianola, Barnum, Bechtel & Jecklin, LC
1714 Mileground
Morgantown, WV 26505


GM Financial Leasing
75 Remittance Dr., Ste. 1738
Chicago, IL 60675


Hartford
P.O. Box 660916
Dallas, TX 75266


Highmark
614 Market St
P.O. Box 1948
Parkersburg, WV 26101


James A. Gianola
1714 Mileground
Morgantown, WV 26505


Liberty Mutual
P.O. Box 2051
Keene, NH 03431

Liturgical Publications
4560 East 71st St.
Cuyahoga Heights, OH 44105


MetLife
P.O. Box 804466
Kansas City, MO 64180


Monongalia County Magistrate Court
265 Spruce Street
Morgantown, WV 26505


NCR Corporation
3925 Brookside Parkway
Alpharetta, GA 30022


New South Media, Inc. dba WV Living
709 Beechurt Avenue, Suite 14A
Morgantown, WV 26505


Northwest Mutual
P.O. Box 2754
Portland, OR 97208


Parry G. Petroplus
Two Waterfront Place, Suite 1402
Morgantown, WV 26501


Patrick J. Padula
12 Scenic Woods Drive
Morgantown, WV 26508


Patrick Padula
63 Don Knotts Boulevard, Ste 2
Morgantown, WV 26508


Principal Financial Group
P.O. Box 10372
Des Moines, IA 50306


Reinhart Foodservice, LLC
226 East View Drive
Mount Pleasant, PA 15666

Service Plus, Inc.
P.O. Box 893
Morgantown, WV 26507


Sheriff of Monongalia County
243 High Street, Rm 26 Tax Office
Morgantown, WV 26505


St. Lawrence Holdings, LLC
28 Church Street
Point Marion, PA 15474


Steven C.  Jones
413 Mayfield Road
Morgantown, WV 26508


United Bank
990 Elmer Prince Drive
Morgantown, WV 26505


United Bank, Inc.
990 Elmer Prince Drive
Morgantown, WV 26505


Westmoreland County Prothonotary's Offic
Westmoreland County Courthouse
2 N Main Street, #501
Greensburg, PA 15601

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **Boston Hospitality Group, Inc.**                                            Case No.
                                  Debtor(s)                                          Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Boston Hospitality Group, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 30, 2017** | **/s/ Todd B. Johnson** |
| Date | **Todd B. Johnson 9261** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Boston Hospitality Group, Inc.** |
| | **Johnson Law, PLLC** |
| | **PO Box 519** |
| | **Morgantown, WV 26507-0519** |
| | **(304) 292-7933 Fax:(304) 292-7931** |